Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 21.) — Judgment of the Municipal Court affirmed, with costs. (See decision in *Harkow* v. *New York City Railway Company, No. 10,* decided herewith, *ante,* p. 194.)

Pauline Hartung, Respondent, v. Abraham Ferber and Ralph Boyarsky, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William N. Hoyt, Respondent, v. Harbor and Suburban Building and Savings Association, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Alfred Billingham, as Administrator, etc., of Alfred Billingham, Deceased, Respondent. Josephine Shaw, Appellant.— Decree of the Surrogate's Court of the county of Queens affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Mary Dumont Jurgenson, as Administratrix, etc., of Benjamin F. Dumont, Deceased, Respondent, v. James Cockcroft and James D. Cockcroft, Appellants:— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Rufus King, Respondent, v. William E. Streeter, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ellen Little, Respondent, v. The City of New York and Uvalde Asphalt Paving Company, Appellants.— Order modified by inserting a provision requiring the payment of twenty-five dollars to each defendant as a condition of opening the default, and as so modified affirmed, without costs. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Jacob Manneschmidt, Jr., Respondent, v. Philip Leizerkowitz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Patrick H. McNulty, Respondent, v. William H. Reynolds, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Leon A. Mott and Others, Appellants, v. Emma H. Mott, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Thomas J. Murphy, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Westervelt Prentice, Appellant, v. Maurice Sommer, Respondent.— Judgment of the Municipal Court reversed on the ground that the testimony for the plaintiff at the close of the case did not permit a dismissal of his complaint. A new trial is ordered, costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.